In the Matter of the Application of JAMAICA SAVINGS BANK, Appellant, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, HARRIS H. MURDOCK and Others, as Members of the Said BOARD OF STANDARDS AND APPEALS, Respondents.— Order dismissing order of certiorari and affirming the determina-

tion of the board of standards and appeals unanimously affirmed, with costs. (*Matter of Y. W. H. Assn.* v. *Bd. of Standards & Appeals*, 266 N. Y. 270; *Matter of Levy* v. *Bd. of Standards & Appeals*, 267 id. 347.) Present — Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ.